**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

_____

**In re:**                                                                                   **Case No.**

   lorenzo & sylvia taylor

**Debtor(s).**                                                                               **Chapter 13**

_____

# CHAPTER 13 PLAN
_____

[ ] AMENDED

**ADDRESS:** (1) 4016 Knob Drive        (2) _____
                  Memphis, TN 38127

**PLAN PAYMENT:**

  **DEBTOR (1)** shall pay $ 705   ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or (✓) monthly, by:

    ( ) **PAYROLL DEDUCTION** from: _____   OR   (✓) **DIRECT PAY**.

  **DEBTOR (2)** shall pay $ _____   ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

    ( ) **PAYROLL DEDUCTION** from: _____   OR   ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ( ) YES  (✓) NO

   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**    ( ) YES  (✓) NO

   (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**    ( ) YES  (✓) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** (✓) Included in Plan; **OR** ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:     Monthly Plan Payment:

   juv court (tamika holmes) ; ongoing payment begins no ongoing - arrearage only    $ _____
       Approximate arrearage: partial arrearage - $3000    $ 50
   _____ ; ongoing payment begins _____    $ _____
       Approximate arrearage: _____    $ _____

5. **PRIORITY CLAIMS:**
   irs        Amount: 3000        $ 50
   _____ Amount: _____  $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   _____ ; ongoing payment begins _____    $ _____
       Approximate arrearage: _____ Interest _____%    $ _____
   _____ ; ongoing payment begins _____    $ _____
       Approximate arrearage: _____ Interest _____%    $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest:    Monthly Plan Payment:
   _____    _____    _____%    $ _____
   _____    _____    _____%    $ _____
   _____    _____    _____%    $ _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]

| | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| american credit acceptance | 25,000 | 5.25 % | $ $500 |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____  Collateral: _____
_____  Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____   ( ) Not provided for   OR ( ) General unsecured creditor
_____   ( ) Not provided for   OR ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, OR,

(✓) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____   ( ) Assumes   OR   ( ) Rejects.
_____   ( ) Assumes   OR   ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately  60  months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Thomas C. Fila                                                    DATE: 1/17/19 .
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**